United States District Court
Eastern District of Louisiana

Willie Gross Jr. #1000417219     Civil Action

Versus     Number: 11-446

Newell Norman, Jefferson Parish Sheriff in his Official Capacity     Section "C" (1)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR - 9 2011
LORETTA G. WHYTE
CLERK

## Motion to Amend Complaint

Now into court comes petitioner pro'se pursuant all applicable Federal authorities. Petitioner moves this Honorable Court to Amend his Complaint for the following reasons:

### 1.

On March 2nd, 2010, there were (13) Thirteen Jefferson Parish Sheriff's Officers whom participated or supervised the deprivation of petitioner's Personal and Legal properties.

### 2.

As a direct result of their training in the earliest Introduction of policy procedures at the Academy or the (90) Ninety hour Course, these Officers knew better than to take, then discard petitioner's property and all were instruments that contributed to his loss. and should be Named Defendants.

### 3.

Amended Defendants, personally acted under the Color of State Law and Orders of their Supervisor

TENDERED FOR FILING
MAR - 9 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
___ Doc No. ___

2

Lt. Cook, when told to confiscate, then throw away petitioners property. petitioner avers, that Just because an order was given to violate petitioners Constitutional rights, the knowledge of it being wrong made them Just as guilty. For the above mentioned reasons, petitioner is requesting that each below named Officer's be added in their Official Capacities, either Sargent or deputy Et, AL.

4.

1) Defendant: H. Sylve is employed as Shift Sargent at 100 Delhonde St. Gretna, LA. 70054

2) Defendant: Louis Ancar is employed as Deputy at 100 Delhonde St. Gretna, LA. 70054

3) Defendant: T. Kelly is employed as Deputy at 100 Delhonde St Gretna, LA. 70054

4) Defendant: C. Emmanuel is employed as Deputy at 100 Delhonde St. Gretna, LA. 70054

5) Defendant: L. Grandsart is employed as Deputy at 100 Delhonde St. Gretna, LA. 70054

6) Defendant: A. Farris is employed as Deputy at 100 Delhonde St Gretna, LA. 70054

7) Defendant: E. Lissin is employed as Deputy at 100 Delhonde St Gretna, LA. 70054

8) Defendant: B. Cotten is employed as Deputy at 100 Delhonde St. Gretna, LA. 70054

3.

9) Defendant: C. Simmons is employed as Deputy at 100 Delhonde St. Gretna, LA. 70054

10) Defendant: K. Calcegno is employed as Deputy at 100 Delhonde St. Gretna, LA. 70054

11) Defendant: R. Matherne is employed as Deputy at 100 Delhonde St. Gretna, LA. 70054

12) Defendant: S. Johnson is employed as Deputy at 100 Delhonde St. Gretna, LA. 70054

Respectfully Submitted,
W ── Gross Jr.
#1000417219
P.O. Box 388
Gretna, LA. 70054

Wherefore Petitioner prays that his motion is deemed good and efficient and his Motion to Amend Complaint be granted and the above named Officers be named Defendants in Case No: 11-446.

### Certificate of Service

I hereby certify that I on this date provided a copy of the foregoing motion via US Postal Service to Clerk of Court Eastern District, for Attorney of Defendants 7th day of March 2011.

Please Serve
Daniel Rault Martiny  dmartiny@bellsouth.net
Clerk of Court

MR. Willie Gross Jr. 100041721q
P.O. Box 388
Paretna, LA. 70054

Legal Mail

7013043302



NEW ORLEANS LA 701
07 MAR 2011 PM 2 L

United States District Court
Eastern District of Louisiana
Clerk of Court
500 Camp Street
New Orleans, LA. 70130