UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIE GROSS, JR.**                                                              **CIVIL ACTION**

**VERSUS**                                                                          **NUMBER 11-446**

**NEWELL NORMAND, ET AL.**                                                **SECTION "J" (1)**

## O R D E R

Plaintiff has filed a "Motion for Production of Documents." Rec. Doc. 59. That motion is likewise **DENIED**. As previously explained, plaintiff should seek such information through discovery forwarded to the Sheriff's defense counsel. If counsel refuses to provide that information through discovery, plaintiff may then file a formal motion to compel.

Plaintiff is again reminded that he is not to file his discovery requests or responses with the Court. See Fed.R.Civ.P. 5(d)(1).

New Orleans, Louisiana, this twentieth day of May, 2011.

                                                                                     _____
                                                                                     **SALLY SHUSHAN**
                                                                                     **UNITED STATES MAGISTRATE JUDGE**