UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIE GROSS, JR.**                                               **CIVIL ACTION**

**VERSUS**                                                          **NUMBER 11-446**

**NEWELL NORMAND, ET AL.**                                          **SECTION "J" (1)**

**O R D E R**

In light of this Court's recent ruling in the related case of Abdul v. Normand, Civ. Action No. 10-3196 (E.D. La. June 27, 2011), it appears that plaintiff's claims regarding the destruction of his exculpatory evidence cannot proceed at this time. As explained in that opinion, if plaintiff has been convicted of the underlying criminal charges, those claims are barred by Heck v. Humphrey, 512 U.S. 477 (1994). See Hamilton v. Lyons, 74 F.3d 99, 103 (5th Cir. 1996); see also White v. Fox, 294 Fed. App'x 955, 958 (5th Cir. 2008). If he is still awaiting trial, those claims should be stayed until his criminal proceedings are concluded. See Wallace v. Kato, 549 U.S. 384, 393-94 (2007).

Because this is true regardless of the underlying facts of the shakedown and the destruction of the evidence, continued discovery on those factual matters serves no purpose at this time. Accordingly, **IT IS ORDERED** that all discovery in this matter is hereby **STAYED** until the Court rules on the legal issues to be presented in the ordered motions for summary judgment. Moreover,

all of plaintiff's pending discovery-related motions will be held in abeyance. Discovery will resume, if necessary, once the Court issues its ruling on the motions for summary judgment.

New Orleans, Louisiana, this twenty-ninth day of June, 2011.

_____
**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**