UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE GROSS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-446** |
| **NEWELL NORMAND, ET AL.** | **SECTION "J"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the defendants' motion for summary judgment, Rec. Doc. 77, is **GRANTED** and that plaintiff's motion for summary judgment, Rec. Doc. 57, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's claims for the destruction of his legal materials are **STAYED**.

**IT IS FURTHER ORDERED** that plaintiff's remaining claims are dismissed with prejudice as frivolous and/or for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction and that the case be restored to the trial docket upon plaintiff's motion once his state criminal prosecution is concluded, so that the stayed claims may proceed to final disposition.

New Orleans, Louisiana, this __24th__ day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE