UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE GROSS, JR. | CIVIL ACTION |
| VERSUS | NO: 11-446 |
| NEWELL NORMAND, ET. AL. | SECTION: J(1) |

**ORDER**

Before the Court is *pro se* Plaintiff Willie Gross, Jr.'s **Motion for Certificate of Appealability (Rec. Doc. 89)**, in which he seeks to appeal this Court's order dismissing his §1983 claims for failure to state a claim upon which relief could be granted **(Rec. Doc. 83)**. Although a §2254 habeas petitioner must obtain a certificate of appealability before he may appeal, the same is not required for a prisoner appealing the dismissal of a §1983 claim. See Mathis v. Bd. of Pardon and Parole, 172 F.3d 868 (5th Cir. 1999). Accordingly,

   **IT IS ORDERED** that Plaintiff's Motion for Certificate of Appealability is **DENIED AS UNNECESSARY.**

   New Orleans, Louisiana, this 23rd day of April, 2012.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE