UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE GROSS, JR. | CIVIL ACTION |
| VERSUS | NO: 11-446 |
| NEWELL NORMAND, ET AL. | SECTION: J(1) |

### ORDER

Before the Court is *pro se* Plaintiff Willie Gross, Jr.'s **Motion for Reconsideration (Rec. Doc. 92)**, requesting reconsideration of this Court's previous order adopting the magistrate's report and recommendation and dismissing his § 1983 claims **(Rec. Doc. 83)**. Prior to filing the instant motion, however, Plaintiff filed a notice of appeal. The filing of a notice of appeal confers jurisdiction over the case to the court of appeals and divests a district court of its control over those aspects of the case involved in the appeal. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58-59 (1982) (per curiam). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED FOR LACK OF JURISDICTION.**

New Orleans, Louisiana, this 8th day of May, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1